## KINGFISHER COUNTY v. LINDSEY.

No. 4107.   Opinion Filed April 7, 1914.

*Error from District Court, Kingfisher County;*
*James W. Steen, Judge.*

Action by County Commissioners of Kingfisher against J. A Lindsey, etc. Judgment for defendant, and plaintiff brings error. Dismissed.

*F. P. Whistler,* County Atty.; *R. F. Shutler,* and *W. B, Blair,* for plaintiff in error.

*P. S. Nagle* and *Gray & McVay,* for defendant in error.

PER CURIAM. This case involves the same state of facts with reference to the right to appeal as the case of *Kingfisher County v. Graham, ante,* 139 Pac. 1149, and for the reasons stated in that opinion, this appeal is dismissed.